| **Fill in this information to identify the case:** | |
|---|---|
| **Debtor 1** | Agustin Lopez |
| **Debtor 2** (Spouse, if filing) | Araceli G Lopez |
| United States Bankruptcy Court for the : <u>Northern</u>    District of    <u>Illinois</u> (State) | |
| **Case number** | 13-08414 |

## Form 4100R

# Response to Notice of Final Cure Payment                    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

---

**Part 1:    Mortgage Information**

**Name of Creditor:**    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust

Court claim no. (if known): <u>N/A</u>

**Last 4 digits** of any number you use to identify the debtor's account: <u>XXXXXX9071 (fka 7720)</u>

**Property address:**    <u>432 E Wildwood Avenue</u>
                          Number       Street

<u>Villa Park, IL 60181</u>
City                State       ZIP Code

---

**Part 2:    Prepetition Default Payments**

*Check one:*

☒  Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim

☐  Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.  Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:

$ _____

---

**Part 3:    Post-petition Mortgage Payment**

*Check one:*

☐  Creditor states that the debtor(s) are current with all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next post-petition payment from the debtor(s) is due on : _____
                                                                MM/DD/YYYY

☒  Creditor states that the debtor(s) are not current on all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| | | | |
|---|---|---|---|
| a. | Total post-petition payments due: | (a) $ | 17,214.39 |
| b. | Total fees, charges, expenses, escrow, costs outstanding, and suspense | +(b) $ | (690.79) |
| c. | **Total.** Add lines a and b | (c) $ | 16,523.60 |

Creditor asserts that the debtor(s) are contractually
Obligated for the post-petition payment(s) that first became
Due on:                                        08/01/2017
                                               MM/DD/YYYY
**Post-petition payments are from 8/1/17-4/1/18 @$1,912.71.**

Debtor 1    __Agustin Lopez_____    Case number 13-08414
        First Name    Middle Name    Last Name

| Part 4: | Itemized Payment History |
|---|---|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all post-petition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

| Part 5: | Sign Here |
|---|---|

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*
☐ I am the creditor
☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗  __/s/Kinnera  Bhoopal_____    Date    __4/20/2018_____
    Signature

Print    __Kinnera  Bhoopal_____    Title    __Attorney for the Creditor_____
    First Name    Middle Name    Last Name

Company    __McCalla Raymer Leibert Pierce, LLC_____

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    __1 N. Dearborn Suite 1200_____
    Number    Street

    __Chicago, IL 60602_____
    City    State    Zip Code

Contact phone    __(312) 348-9088 X5172_____    Email    __Kinnera.Bhoopal@mccalla.com_____

Debtor 1     **Agustin Lopez**_____     Case number 13-08414
             First Name    Middle Name    Last Name

BANKRUPTCY CASE NO. 13-08414

CHAPTER 13

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE Response to the Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on the date listed below.

Agustin Lopez
432 East Wildwood Avenue
Villa Park, IL 60181

Araceli G Lopez
432 East Wildwood Avenue
Villa Park, IL 60181

Karolina L Hollingsworth            *(served via ECF)*
Geraci Law L.L.C.
55 East Monroe Street Suite #3400
Chicago, IL 60603

Glenn B Stearns, Trustee            *(served via ECF)*
801 Warrenville Road
Suite 650
Lisle, IL 60532

Patrick S Layng                     *(served via ECF)*
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.


Executed on:    4/20/2018     By:    */s/Kinnera  Bhoopal*_____
                 (date)              Kinnera  Bhoopal, ILLINOIS BAR NO. 6295897
                                     Attorney for the Creditor

BK Filed date: 3/4/13
Debtor name: Lopez

Fay Servicing, LLC
Post Petition Payment Ledger

| Pmt Due/Comments | Amt Due | Date Received | Amt Rec'd | Pmt Satisified | To/From Suspense | Suspense Balance |
|---|---|---|---|---|---|---|
| | | | | | $        - | $        - |
| | $ 1,713.99 | 4/1/2013 | $1,713.99 | 4/1/2013 | $        - | $        - |
| | $ 1,713.99 | 5/1/2013 | $1,713.99 | 5/1/2013 | $        - | $        - |
| | $ 1,713.99 | 6/1/2013 | $1,713.99 | 6/1/2013 | $        - | $        - |
| | $ 1,713.99 | 7/1/2013 | $1,713.99 | 7/1/2013 | $        - | $        - |
| | $ 1,713.99 | 8/1/2013 | $1,713.99 | 8/1/2013 | $        - | $        - |
| | $ 1,713.99 | 9/1/2013 | $1,713.99 | 9/1/2013 | $        - | $        - |
| | $ 1,713.99 | 10/1/2013 | $1,713.99 | 10/1/2013 | $        - | $        - |
| | $ 1,713.99 | 11/1/2013 | $1,713.99 | 11/1/2013 | $        - | $        - |
| | $ 1,713.99 | 12/1/2013 | $1,713.99 | 12/1/2013 | $        - | $        - |
| | $ 1,713.99 | 1/1/2014 | $1,713.99 | 1/1/2014 | $        - | $        - |
| | $ 1,713.99 | 2/1/2014 | $1,713.99 | 2/1/2014 | $        - | $        - |
| | $ 1,713.99 | 3/1/2014 | $1,713.99 | 3/1/2014 | $        - | $        - |
| | $ 1,713.99 | 4/1/2014 | $1,713.99 | 4/1/2014 | $        - | $        - |
| | $ 1,713.99 | 5/1/2014 | $1,713.99 | 5/1/2014 | $        - | $        - |
| | $ 1,713.99 | 6/1/2014 | $1,713.99 | 6/1/2014 | $        - | $        - |
| | $ 1,713.99 | 7/24/2014 | $1,713.99 | 7/1/2014 | $        - | $        - |
| | $ 1,713.99 | 8/11/2014 | $1,713.99 | 8/1/2014 | $        - | $        - |
| | $ 1,713.99 | 9/16/2014 | $1,713.99 | 9/1/2014 | $        - | $        - |
| | $ 1,713.99 | 10/13/2014 | $1,713.99 | 10/1/2014 | $        - | $        - |
| | $ 1,713.99 | 11/17/2014 | $1,713.99 | 11/1/2014 | $        - | $        - |
| | $ 1,713.99 | 12/10/2014 | $1,713.99 | 12/1/2014 | $        - | $        - |
| | $ 1,713.99 | 1/12/2015 | $1,713.99 | 1/1/2015 | $        - | $        - |
| | $ 1,713.99 | 2/19/2015 | $1,713.99 | 2/1/2015 | $        - | $        - |
| | $ 1,713.99 | 3/16/2015 | $1,713.99 | 3/1/2015 | $        - | $        - |
| | $ 1,713.99 | 4/16/2015 | $1,713.99 | 4/1/2015 | $        - | $        - |
| | $ 1,713.99 | 5/19/2015 | $1,713.99 | 5/1/2015 | $        - | $        - |
| | $ 1,713.99 | 6/16/2015 | $1,713.99 | 6/1/2015 | $        - | $        - |
| | $ 1,713.99 | 7/21/2015 | $1,713.99 | 7/1/2015 | $        - | $        - |
| | $ 1,713.99 | 8/14/2015 | $1,713.99 | 8/1/2015 | $        - | $        - |
| | $ 1,713.99 | 9/23/2015 | $1,713.99 | 9/1/2015 | $        - | $        - |
| | $ 1,713.99 | 10/16/2015 | $1,713.00 | 10/1/2015 | $   (0.99) | $   (0.99) |
| | $ 1,713.99 | 11/12/2015 | $1,713.99 | 11/1/2015 | $        - | $   (0.99) |
| | $ 1,713.99 | 12/11/2015 | $1,713.00 | 12/1/2015 | $   (0.99) | $   (1.98) |
| | $ 1,713.99 | 1/11/2016 | $1,713.99 | 1/1/2016 | $        - | $   (1.98) |
| | $ 1,713.99 | 2/10/2016 | $1,713.99 | 2/1/2016 | $        - | $   (1.98) |
| | $ 1,713.99 | 3/10/2016 | $1,713.99 | 3/1/2016 | $        - | $   (1.98) |
| | $ 1,713.99 | 4/13/2016 | $1,713.99 | 4/1/2016 | $        - | $   (1.98) |
| | $ 1,713.99 | 5/12/2016 | $1,713.99 | 5/1/2016 | $        - | $   (1.98) |
| | $ 1,713.99 | 6/17/2016 | $1,713.99 | 6/1/2016 | $        - | $   (1.98) |
| | $ 1,713.99 | 7/15/2016 | $1,713.99 | 7/1/2016 | $        - | $   (1.98) |
| | $ 1,713.99 | 8/12/2016 | $1,713.99 | 8/1/2016 | $        - | $   (1.98) |
| | $ 1,713.99 | 9/16/2016 | $1,713.99 | 9/1/2016 | $        - | $   (1.98) |
| | $ 1,713.99 | 10/14/2016 | $1,713.99 | 10/1/2016 | $        - | $   (1.98) |
| | $ 1,814.70 | 11/10/2016 | $1,814.70 | 11/1/2016 | $        - | $   (1.98) |

BK Filed date: 3/4/13
Fay Servicing, LLC
Debtor name: Lopez
Post Petition Payment Ledger

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | $ | 1,814.70 | 12/6/2016 | $1,814.70 | 12/1/2016 | $ - | $ | (1.98) |
| | $ | 1,814.70 | 1/6/2017 | $1,814.00 | 1/1/2017 | $ (0.70) | $ | (2.68) |
| | | | 2/1/2017 | $806.88 | | $ 806.88 | $ | 804.20 |
| | $ | 1,814.70 | 2/7/2017 | $1,814.70 | 2/1/2017 | $ - | $ | 804.20 |
| | $ | 1,814.70 | 3/13/2017 | $1,814.00 | 3/1/2017 | $ (0.70) | $ | 803.50 |
| | $ | 1,841.59 | 4/13/2017 | $1,841.59 | 4/1/2017 | $ - | $ | 803.50 |
| | $ | 1,841.59 | 5/15/2017 | $1,800.59 | 5/1/2017 | $ (41.00) | $ | 762.50 |
| | $ | 1,841.59 | 6/13/2017 | $1,841.59 | 6/1/2017 | $ - | $ | 762.50 |
| | $ | 1,912.71 | 7/18/2017 | $1,841.00 | 7/1/2017 | $ (71.71) | $ | 690.79 |
| **Suspense Balance** | | | | | | $ - | **$** | **690.79** |
| 8/1/2017 | $ | 1,912.71 | | | | $ (1,912.71) | $ | (1,221.92) |
| 9/1/2017 | $ | 1,912.71 | | | | $ (1,912.71) | $ | (3,134.63) |
| 10/1/2017 | $ | 1,912.71 | | | | $ (1,912.71) | $ | (5,047.34) |
| 11/1/2017 | $ | 1,912.71 | | | | $ (1,912.71) | $ | (6,960.05) |
| 12/1/2017 | $ | 1,912.71 | | | | $ (1,912.71) | $ | (8,872.76) |
| 1/1/2018 | $ | 1,912.71 | | | | $ (1,912.71) | $ | (10,785.47) |
| 2/1/2018 | $ | 1,912.71 | | | | $ (1,912.71) | $ | (12,698.18) |
| 3/1/2018 | $ | 1,912.71 | | | | $ (1,912.71) | $ | (14,610.89) |
| 4/1/2018 | $ | 1,912.71 | | | | $ (1,912.71) | $ | (16,523.60) |
| **TOTAL DUE** | | | | | | $ - | **$** | **(16,523.60)** |